DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOVANY LUIS ORTIZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0127

[April 25, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 50-2015-CF-005110-AXXX-MB.

Jovany Ortiz, Avon Park, pro se.

No appearance of appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and DAMOORGIAN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***